IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ALEX PAUL BERRY,                    §
                                    §
            *Plaintiff*,            §
                                    §
v.                                  §        CIVIL ACTION NO. H-15-3431
                                    §
RON HICKMAN, *ET AL.*,              §
                                    §
            *Defendants*.           §

### ORDER OF DISMISSAL

Plaintiff, a pretrial detainee in custody of the Harris County Sheriff's Office at the time of filing, filed this *pro se* lawsuit alleging violations of his rights by Harris County officials and employees.

Defendants filed motions for summary judgment (Docket Entry No. 5) and to dismiss (Docket Entry No. 6) on December 9, 2015, and served plaintiff copies of the motions at his address of record that same day. To-date, and despite expiration of a reasonable period of time in excess of ninety days, plaintiff has failed to respond to the motions. Moreover, public records for the Harris County Sheriff's Office show that plaintiff is no longer in custody of that agency, and that he has failed to keep the Court apprised of his current address. Plaintiff's failures to respond to the pending dispositive motions and to inform the Court and parties of his current address lead this Court to conclude that he no longer wishes to prosecute this lawsuit.

Accordingly, this lawsuit is DISMISSED WITHOUT PREJUDICE for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  Plaintiff may move to reinstate this case by filing a timely and properly-supported motion for new trial, along with written responses to the motions to dismiss and for summary judgment.

Signed at Houston, Texas on March 17, 2016.

Gray H. Miller
United States District Judge

2